UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. 1:09-CR-174(1) |
| § | |
| KEITH JEROME CITIZEN § | |

**MEMORANDUM ORDER**
**ADOPTING FINDINGS OF FACT AND RECOMMENDATION**
**ON DEFENDANT'S GUILTY PLEA**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure. Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge* [Doc. #70]. The magistrate judge recommended that the Court accept Defendant's guilty plea and conditionally accept the plea agreement. He further recommended that the Court finally adjudge Defendant as guilty on Count One of the charging Indictment filed against Defendant in this cause.

The parties have not objected to the magistrate judge's findings. The Court is of the opinion that the *Findings of Fact and Recommendation on Guilty Plea* should be accepted. It is, therefore, **ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Doc. #70] of the United

-1-

States Magistrate Judge is **ADOPTED.** The plea agreement is conditionally accepted by the Court at this time. It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate judge's findings and recommendation, Defendant, Keith Jerome Citizen, is hereby adjudged as guilty on **Count One** of the charging **Indictment** charging violations of Title 18, United States Code, Section 922(j).

So **ORDERED** and **SIGNED** this **15** day of **July, 2010.**

*Ron Clark*
_____
Ron Clark, United States District Judge